IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jerome Smith #19145-018

Allenwood Federal Prison Camp

Montgomery, Pa 17752

**Name of Plaintiff(s)**

v.

Federal Bureau Of Prisons et. al.

(AW) Troy Levi, Dr Leon Biglete,

(PA) Bell, (HSA) Terri Ramos

(CD) John Chung

**Name of Defendant(s)**

1:CV 01-1192

Civil Case No.

Judge

(Number and Judge to be assigned by court)

FILED
SCRANTON
JUN 2 9 2001

PER _____ DEPUTY CLERK



## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. __X__   I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. __X__   I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No __X__

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes _____   No _____

    (b)  Please explain in detail why you are under imminent danger of serious physical injury:

_Plaintiff is presently experiencing servere leg and lower back pain and is in need of surgical repair. Plaintiff is suffering from (2) disc herniations with one at L4-5 which_ is bulging centrally. Prison Officials are not treating plaintiff.

4.  (a)  Are you presently employed at the Institution? Yes _X_ No ___

    (b)  If yes, what is your monthly compensation? $ _100.00 monthly_

5.  Do you own any cash or other property; have a bank account; or receive money from any source? No

If the answer is "yes" to any of the above, describe each source and the amount involved.

_Presently working in Unicor, within the Federal Prison Institution. Plaintiff is a disabled veteran of the United Armed Forces and is being forced to work within the Institution while experiencing servere lower back pain and pain in his_ legs which is documented.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _June 22, 2001_    _Jerome Smith_
                (Date)                        (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2