UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME SMITH, | : | CIVIL NO. **1:01-CV-1192** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| FEDERAL BUREAU OF PRISONS, TROY LEVI, DR. BIGLETE, P.A. BELL, TERRI RAMOS and JOHN CHUNG, | : | |
| Defendants | : | |

<u>ORDER</u>

Pursuant to the Administrative Order issued June 29, 2001, **IT IS ORDERED** that the plaintiff's request to proceed *in forma pauperis* is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to serve plaintiff's complaint in accordance with Fed.R.Civ.P. 4. The defendants are requested to waive service pursuant to Rule 4(d).[1]

J. Andrew Smyser
Magistrate Judge

Dated: July 11, 2001.

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 11, 2001

Re:  1:01-cv-01192    Smith v. Federal BOP

True and correct copies of the attached were mailed by the clerk to the following:

```
Jerome Smith
FPC-ALLEN
Federal Prison Camp at Allenwood
19145-018
P.O. Box 1000
Montgomery, PA  17752
```

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               (/)              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 (/) with N/C attached to complt. and served by:
                                   U.S. Marshal (/)    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )  PA Atty Gen ( )
                                        DA of County  ( )  Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____7-11-01_____          BY: _____
                                    Deputy Clerk