July 12, 2001



Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, Pa 17108

Re: Jerome Smith v. BOP et. al.,
    Civil Case No. 1:01-cv-01192

Dear Clerk:

    This letter is regarding the above cited caption whereas, I'm the plaintiff in the case. I'm writing to the Court informing you that the filing fee for this case is forthcoming.

    In addition, plaintiff request a copy of the docket sheet for Civil Case No. CV-01-1026. I submitted a motion made pursuant to 42 USC § 1988(b), "Petition for Representation of Court Appointed Counsel", to assist in this civil matter. This motion was forwarded on June 20, 2001, before the Honorable Sylvia H. Rambo, whom is assigned to the case before the bar.

    The filing fee for the <u>Civil Rights Complaint</u> pursuant to 28 USC § 1331, against the <u>Federal Bureau of Prison</u>, and officials will be forwarded by plaintiff's family members [2] weeks from the date the Court receives this letter. Thus, plaintiff willnot proceed <u>In Forma Pauperis</u> under the provisions of the Prison Litigation Reform Act pursuant to 28 USC § 1915(b).

    Please send the plaintiff a copy of the docket sheet which indicates the status of case number CV-01-1026 request for counsel. Plaintiff will await further instructions from the Honorable Court concerning the matters stated herein.

Yours truely,

*Jerome Smith*

Jerome Smith #19145-018
Allenwood Federal Prison Camp
Dorm C
Montgomery, Pa 17752 P.O. Box 1000