**JUDGE'S COPY**  July 13, 2001

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, Pa 17108

FILED
HARRISBURG, PA

JUL 16 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Re: Jerome Smith v. Federal Bureau of Prisons,
    Civil Case No. 1:01-CV-1192

Dear Clerk:

This letter is regarding the above caption case wherein I am the plaintiff named in the complaint against the defendant's Federal Bureau of Prison et. al.

On July 12, 2001, I've written a letter to the Court, advising the clerk that I would be paying the filing fee in full for the Bivens Action against the defendants. However, on July 13, 2001, at mail call at the Federal Correctional Institution, I received a Court order pursuant to the Administrative Order issued June 29, 2001, wherein I requested to proceed in forma pauperis. The motion was granted by Judge Rambo (U.S. District Court Judge), on July 11, 2001.

Therefore, I'm requesting the clerk to disregard the letter forwarded on July 12, 2001, and requesting **only** the status of my motion made for Court Appointed Counsel, which is presently pending before the Honorable Court. The filing fees for my Bivens Action Complaint will be forwarded by the <u>Inmate Accounts Clerk</u> from Allenwood Federal Prison Camp - as was directed by the Court.

I look forward to hearing from you soon.

Your truly,

Jerome Smith
Jerome Smith