

*Please docket to*
*1-01-1192*

**FILED**
**SCRANTON**

JUL 17 2001

PER _____
DEPUTY CLERK

```
[rcptrec]           CFS-1 V8.2 -- Pennsylvania Middle    17 JUL 2001 - 15:39
[I]NQUIRE                      Receipt Maintenance
REGISTER NO    :333
RECEIPT NO     :83920
RECEIPT SUB NO :1        RECEIPT TYPE: N    RECEIPT DATE:06/05/01
TENDER TYPE:2            RECEIPT AMT:         90.00

FUND       :510000   CASE NO:              PAYMENT TYPE:
                     DEFENDANT:0
                     BANK CODE:      BANK ACCOUNT:

VOUCHER NO  :0       PAYOR NO:
SUB VOUCHER :0       VENDOR INV:0
FY:      BUDGET ORG:         BUDGET OBJ CLASS:     SUB OBJ CLASS:
         COST ORG  :         REVENUE SOURCE  :
REMARKS:
REMARKS:
                              POSTED DATE:06/06/01    ERR CODE:0


[N]EXT, [P]REVIOUS, [S]TOP
searched:     2 selected:      2 current:     1
─────────────────────────────────────────────────────────────────────────
                  1 Sess-1    156.122.6.246                            1
```

```
[rcptrec]            CFS-1 V8.2 -- Pennsylvania Middle    17 JUL 2001 - 15:39
[I]NQUIRE                      Receipt Maintenance
REGISTER NO    :333
RECEIPT NO     :83920
RECEIPT SUB NO :2        RECEIPT TYPE: N    RECEIPT DATE:06/05/01
TENDER TYPE:2            RECEIPT AMT:         60.00

FUND      :086900   CASE NO:                  PAYMENT TYPE:
                    DEFENDANT:0
                    BANK CODE:       BANK ACCOUNT:

VOUCHER NO  :0      PAYOR NO:
SUB VOUCHER :0      VENDOR INV:0
FY:     BUDGET ORG:         BUDGET OBJ CLASS:     SUB OBJ CLASS:
        COST ORG  :         REVENUE SOURCE  :
REMARKS:(JEROME SMITH)  P.O.BOX 1000         MONTGOMERY, PA  17752
REMARKS:NEW CASE FILING FEE
                            POSTED DATE:06/06/01    ERR CODE:0


[N]EXT, [P]REVIOUS, [S]TOP
searched: 105661 selected:     74 current:       62
```
---
                    1 Sess-1    156.122.6.246                                1