1 to Ct

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3970

7/23/0

July 20, 2001

Jerome Smith
#19145-018
Allenwood Federal Prison Camp
P.O. Box 1000
Dorm C
Montgomery, PA 17552

**FILED**
**HARRISBURG**

JUL 2 0 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Re: Smith v. USA; 1:CV-01-1026 and
    Smith v. Federal Bureau of Prisons; 1:CV-01-1192

Mr. Smith:

    I am in receipt of your letter to the Clerk of Court dated July 12, 2001 and your letter to the Clerk of Court dated July 13, 2001. Both letters were filed with the court on July 16, 2001. In your letters you discuss the payment of the filing fee in 1:CV-01-1192. According to the docket in that case the filing fee was paid on July 17, 2001. In your letters your also inquire about the status of your motion for the appointment of counsel in 1:CV-01-1026. That motion was denied by an Order dated July 19, 2001.

Sincerely

*Melissa E. Sayres*

Melissa E. Sayres
Law Clerk to Magistrate
Judge Smyser