IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEROME SMITH,
    Petitioner,

v.

    Respondent.

CASE NO. 1:01-CV-01192

FILED
SCRANTON
JUL 2 3 2001
PER _____
DEPUTY CLERK

## AFFIDAVIT

I, Michelle Mertz, hereby state:

(1) I am employed as a Legal Assistant at the Federal Correctional Complex, (FCC) Allenwood, Pennsylvania. I have served in that capacity since May 1998.

(2) The petitioner, Jerome Smith, Reg. No. 19145-018, is presently incarcerated at the Federal Prison Camp - Allenwood, Montgomery, Pennsylvania, (FPC Allenwood).

(3) The following is a synopsis of the financial transactions in the inmate commissary account maintained by inmate Smith at FPC Allenwood, during the past six months.

a. Prison account

| | |
|---|---|
| 1. Present Balance | $ 200.20 |
| 2. Total Amount of Deposits During Past Month | $1544.31 |
| 3. Average Monthly Balance | $ 41.42 |
| 4. Average Monthly Deposits | $ 257.39 |

b. Employment (average monthly wage):    $ 96.55

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the preceding six months.

(5) The above information set forth in this form is true and correct to the best of my knowledge, information and belief.

*Michelle Mertz*
Michelle Mertz
Legal Assistant

July 20, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEROME SMITH,           )
    Petitioner,      )
                     )   CASE NO. 1:01-CV-01192
    v.               )
                     )
                     )
    Respondent.      )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Department of Justice, Federal Bureau of Prisons, and is a person of such age and discretion as to be competent to serve papers.

That on July 20, 2001, she served copies of the attached:

__PRISON TRUST ACCOUNT FOR INMATE JEROME SMITH, REG. NO. 19145-018__

by delivering the documents in an envelope address to the persons hereinafter named, at the place and address stated below.

ADDRESSEE:   Inmate Jerome Smith
                  Reg. No. 19145-018
                  FPC Allenwood
                  P. O Box 1000
                  Montgomery, PA 17752

*Michelle Mertz*
Michelle Mertz
Legal Assistant

July 20, 2001

| DATE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 000044 | 17:08 | 04-09-01 | SALE / REGULAR | 125.58- | 5.57 |
| 000045 | 17:08 | 04-09-01 | SALE / REGULAR | 1.15 | 18.02 |
| 109924 | 18:48 | 04-10-01 | MONEY ORDER | 28.00 | 46.02 |
| 1A9350 | 19:05 | 04-10-01 | DEPOSIT ITS FUNDS | 1.75- | 37.52 |
| 1A0731 | 16:40 | 04-14-01 | DEPOSIT ITS FUNDS | 5.00- | 35.52 |
| T12126 | 11:15 | 04-16-01 | MONEY ORDER | 50.30 | 85.52 |
| 000001 | 17:21 | 04-16-01 | SALE / REGULAR | 53.35- | 32.17 |
| 1AP447 | 15:51 | 04-18-01 | DEPOSIT ITS FUNDS | 2.00- | 30.17 |
| T10354 | 12:25 | 04-23-01 | MONEY ORDER | 100.00 | 130.17 |
| 1A5283 | 19:45 | 04-25-01 | DEPOSIT ITS FUNDS | 5.00- | 125.17 |
| 000052 | 17:48 | 04-25-01 | SALE / REGULAR | 34.90- | 90.27 |
| 1A0647 | 16:18 | 04-27-01 | DEPOSIT ITS FUNDS | 5.00- | 85.27 |
| 1AA385 | 20:26 | 04-29-01 | DEPOSIT ITS FUNDS | 3.00- | 82.27 |
| 000045 | 15:08 | 04-30-01 | SALE / REGULAR | 71.55- | 10.72 |
| 000051 | 11:55 | 05-01-01 | SALE / REGULAR | 10.00- | .75 |
| APR010 | 5:53 | 05-04-01 | UNICOR PAY | 69.63 | 70.35 |
| 1A098C | 10:08 | 05-04-01 | DEPOSIT ITS FUNDS | 5.00- | 65.35 |
| T10994 | 11:22 | 05-07-01 | MONEY ORDER | 30.00 | 95.35 |
| 000114 | 13:53 | 05-07-01 | SALE / REGULAR | 92.50- | 2.85 |
| 1AP7A8 | 22:03 | 05-07-01 | DEPOSIT ITS FUNDS | 2.00- | .85 |
| T11258 | 10:17 | 05-14-01 | MONEY ORDER | 50.00 | 50.85 |
| 000023 | 17:09 | 05-14-01 | SALE / REGULAR | 31.05- | 19.80 |
| 1259A4 | 21:56 | 05-14-01 | DEPOSIT ITS FUNDS | 4.00- | 15.80 |
| 1B66A3 | 17:04 | 05-16-01 | DEPOSIT ITS FUNDS | 3.00- | 12.80 |
| T11429 | 11:48 | 05-17-01 | MONEY ORDER | 20.00 | 32.80 |
| 1B8630 | 14:18 | 05-19-01 | DEPOSIT ITS FUNDS | 2.00- | 30.80 |
| 1B9281 | 17:01 | 05-20-01 | DEPOSIT ITS FUNDS | 5.00- | 25.80 |
| 000227 | 17:17 | 05-21-01 | SALE / REGULAR | 17.65- | 8.15 |
| 1B8651 | 20:46 | 05-24-01 | DEPOSIT ITS FUNDS | 8.00- | .15 |
| T12135 | 11:59 | 06-04-01 | MONEY ORDER | 30.00 | 30.15 |
| 000117 | 15:00 | 06-04-01 | SALE / REGULAR | 29.35- | .80 |
| MAY010 | 8:58 | 06-07-01 | UNICOR PAY | 131.95 | 132.75 |
| 000008 | 11:27 | 06-07-01 | SALE / REGULAR | 28.10- | 104.65 |
| 1C4280 | 19:44 | 06-07-01 | DEPOSIT ITS FUNDS | 4.00- | 100.65 |
| 1C6F1C | 20:10 | 06-10-01 | DEPOSIT ITS FUNDS | 5.00- | 95.65 |
| 000169 | 20:12 | 06-11-01 | SALE / REGULAR | 88.65- | 7.00 |
| 1CA0F1 | 19:22 | 06-16-01 | DEPOSIT ITS FUNDS | 2.00- | 5.00 |
| T12836 | 12:06 | 06-18-01 | MONEY ORDER | 50.00 | 55.00 |
| 000136 | 19:40 | 06-18-01 | SALE / REGULAR | 49.80- | 5.20 |
| 1CF455 | 13:23 | 06-23-01 | DEPOSIT ITS FUNDS | 5.00- | .20 |
| JUN010 | 10:13 | 07-06-01 | UNICOR PAY | 91.45 | 91.65 |
| 1D6028 | 16:33 | 07-06-01 | DEPOSIT ITS FUNDS | 10.00- | 81.65 |
| T13654 | 11:53 | 07-09-01 | MONEY ORDER | 110.00 | 191.65 |
| 000064 | 19:20 | 07-10-01 | SALE / REGULAR | 184.45- | 7.20 |

Handwritten annotations in margin: $71.70, $12.79, $15.77

| TX# | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 930-45 | 15:10 | 01-05-01 | DEPOSIT ITS FUNDS | 5.00- | 105.54 |
| 105242 | 14:25 | 01-08-01 | MONEY ORDER | 100.00 | 105.54 |
| 105313 | 14:15 | 01-08-01 | MONEY ORDER | 70.30 | 105.54 |
| 200112 | 21:05 | 01-10-01 | SALE / REGULAR | 104.30- | 101.34 |
| 1539-A | 15:53 | 01-13-01 | DEPOSIT ITS FUNDS | 5.00- | 96.34 |
| 725560 | 14:59 | 01-15-01 | MONEY ORDER | 50.00 | 146.34 |
| 000080 | 20:21 | 01-17-01 | SALE / REGULAR | 94.30- | 52.04 |
| 000081 | 10:23 | 01-17-01 | SALE / REGULAR | 10.00- | 42.04 |
| 1EET3D | 11:12 | 01-20-01 | DEPOSIT ITS FUNDS | 2.00- | 40.04 |
| 162EA1 | 16:25 | 01-23-01 | DEPOSIT ITS FUNDS | 3.00- | 37.04 |
| 000104 | 20:41 | 01-24-01 | SALE / REGULAR | 36.65- | .39 |
| JAN010 | 11:05 | 02-07-01 | UNICOR PAY | 105.36 | 105.75 |
| 1634ED | 15:47 | 02-07-01 | DEPOSIT ITS FUNDS | 5.00- | 100.75 |
| 200108 | 21:30 | 02-07-01 | SALE / REGULAR | 76.85- | 23.90 |
| 160E37 | 17:08 | 02-10-01 | DEPOSIT ITS FUNDS | 3.00- | 20.90 |
| 000104 | 20:37 | 02-14-01 | SALE / REGULAR | 16.45- | 4.45 |
| 000105 | 20:33 | 02-14-01 | SALE / REGULAR | 3.00- | 1.45 |
| 17360A | 14:37 | 02-17-01 | DEPOSIT ITS FUNDS | 1.00- | .45 |
| 1070-3 | 13:03 | 02-20-01 | MONEY ORDER | 50.00 | 50.45 |
| 175230 | 18:57 | 02-20-01 | DEPOSIT ITS FUNDS | 5.00- | 45.45 |
| 000137 | 21:13 | 02-21-01 | SALE / REGULAR | 44.85- | .60 |
| 107399 | 14:47 | 02-22-01 | MONEY ORDER | 20.00 | 20.60 |
| 707451 | 15:03 | 02-22-01 | MONEY ORDER | 20.00- | .60 |
| 707463 | 15:07 | 02-22-01 | MONEY ORDER | 20.00 | 20.60 |
| 179100 | 14:57 | 02-24-01 | DEPOSIT ITS FUNDS | 5.00- | 15.60 |
| 707858 | 12:57 | 03-02-01 | MONEY ORDER | 100.00 | 115.60 |
| 170E1E | 20:13 | 03-02-01 | DEPOSIT ITS FUNDS | 5.00- | 110.60 |
| FEB010 | 11:51 | 03-06-01 | UNICOR PAY | 91.98 | 202.58 |
| 000029 | 14:22 | 03-06-01 | SALE / REGULAR | 29.95- | 172.63 |
| 708044 | 14:59 | 03-06-01 | MONEY ORDER | 50.00 | 222.63 |
| 181355 | 20:06 | 03-06-01 | DEPOSIT ITS FUNDS | 2.00- | 220.63 |
| 000113 | 21:24 | 03-07-01 | SALE / REGULAR | 162.65- | 57.98 |
| 182341 | 13:51 | 03-09-01 | DEPOSIT ITS FUNDS | 7.00- | 50.98 |
| 186689 | 16:37 | 03-13-01 | DEPOSIT ITS FUNDS | 5.00- | 45.98 |
| 000080 | 20:32 | 03-14-01 | SALE / REGULAR | 36.95- | 9.03 |
| 18AD10 | 9:38 | 03-16-01 | DEPOSIT ITS FUNDS | 4.00- | 5.03 |
| 708594 | 13:23 | 03-19-01 | MONEY ORDER | 50.00 | 55.03 |
| 708881 | 12:30 | 03-23-01 | MONEY ORDER | 25.00 | 80.03 |
| 18FE06 | 18:41 | 03-24-01 | DEPOSIT ITS FUNDS | 5.00- | 75.03 |
| 194ERE | 9:03 | 03-31-01 | DEPOSIT ITS FUNDS | 5.00- | 70.03 |
| MAR010 | 10:22 | 04-05-01 | UNICOR PAY | 88.94 | 158.97 |
| 200010 | 11:16 | 04-05-01 | SALE / REGULAR | 17.10- | 141.87 |
| 19A3CA | 20:17 | 04-06-01 | DEPOSIT ITS FUNDS | 3.00- | 138.87 |
| 19C193 | 21:15 | 04-08-01 | DEPOSIT ITS FUNDS | 3.00- | 135.87 |

*$11.84*

*$63.68*

***END OF TRIAL USE***

Account # 171-0873

| REFERENCE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| T13758 | 12:46 | 07-11-01 | MONEY ORDER | 150.00 | 157.00 |
| CLR85 | 16:57 | 07-11-01 | DEPOSIT ITS FUNDS | 7.00- | 150.00 |
| T13509 | 16:57 | 07-13-01 | MONEY ORDER | 50.00 | 100.00 |

**** TRANSACTION TOTAL ****    200.00

-----ENDING-----  AVAILABLE   ENCUMBRANCE   OUTSTANDING   SPECIAL   ACCOUNT
                  BALANCE     BALANCE       BALANCE       BALANCE   BALANCE