(12)
dm
8-13-0

```
Fri Aug 10 15:54:49 2001

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.   333 84770
Cashier       rich

Tender Type   CHECK

Check Number: 2221 58600031

Transaction Type   AR

D0 Code    Div No    Acct
4667       3         5100PL

Amount          $    48.55

JEROME SMITH 19145018 FPC ALLENWOOD

PARTIAL FILING FEE 01-CV-1192


cn
Fri Aug 10 15:54:49 2001
Check No. 2221 58600031
Amount: 48.55
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

1:01CV1192

FILED
SCRANTON

AUG 1 3 2001

PER _dm_
DEPUTY CLERK