*2 ct*
*proper.*

ORIGINAL

(13)
8/20

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

AUG 17 2001

MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

JEROME SMITH,
        Plaintiff

    v.

FEDERAL BUREAU OF PRISONS, et al.
        Defendants

Civil No.  1:CV-01-1192
(Judge Rambo)
(Magistrate Judge Smyser)

### DEFENDANTS' MOTION TO DISMISS

Defendants ask the Court to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b).  A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

                              Respectfully submitted,

                              MARTIN C. CARLSON
                              United States Attorney

                              MARK E. MORRISON
                              Assistant U.S. Attorney

                              ANITA L. LIGHTNER
                              Paralegal Specialist
                              228 Walnut Street, 2nd Floor
                              P.O. Box 11754
                              Harrisburg, PA 17108-1754
                              (717)221-4482

Dated:    August 17, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JEROME SMITH,          :
    Plaintiff     :
                   :
  v.             :    Civil No. 1:CV-01-1192
                   :    (Judge Rambo)
FEDERAL BUREAU OF PRISONS, et al. :    (Magistrate Judge Smyser)
    Defendants    :

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on August 17, 2001, she served a copy of the attached

### DEFENDANTS' MOTION TO DISMISS

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Jerome Smith
Reg. No. 19145-018
FPC Allenwood
P.O. Box 1000
Montgomery, PA 17752

*Rebecca A. Plesic*
REBECCA A. PLESIC
Legal Secretary