OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
**MIDDLE DISTRICT of PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

**MARY E. D'ANDREA**
Clerk of Court

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

FILED
SCRANTON

October 26, 2001

OCT 2 6 2001

PER _____
DEPUTY CLERK

Inmate Accounting
FPC-Allenwood
PO Box 1000
Montgomery, PA 17752

Re: CV 01-1192
Smith v Federal BOP, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Jerome Smith, 19145-018, indicates that Mr. Smith is paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Specialist



**U.S. Department of Justice**

Federal Bureau of Prisons

*Consolidated Legal Center - Allenwood*

---

P.O. Box 1500
White Deer, PA 17887

October 22, 2001

Mary E. D'Andrea, District Clerk
United States District Court
for the Middle District of Pennsylvania
ATTN: Nancy Edmonds, Financial Specialist
P O Box 1148
Scranton, PA 18501-1148

FILED
SCRANTON

OCT 2 4 2001

PER _____
DEPUTY CLERK

RE: SMITH, Jerome - Reg. No. 19145-018
    1:01-CV-01192
    DAVID, Richard - Reg. No. 29466-053
    00-3321

Dear Ms. Edmonds:

Our office has been informed that the above-named inmates have completed payment of their $150.00 and $105.00 filing fees.

Should your records reflect a discrepancy, please do not hesitate to contact me at (570) 547-1990 x4119.

Sincerely,

Michelle Mertz
Michelle Mertz
Legal Assistant