18) Amo
10/30/01

1:01cv1192
Ramos/Smyser

```
Thu Oct 18 11:53:31 2001

    UNITED STATES DISTRICT COURT

    SCRANTON      , PA

Receipt No.   333 85563
Cashier       rich

Tender Type   CHECK

Check Number: 2221 59947217

Transaction Type   AR

DB Code    Div No      Acct
4667         3        0869PL

Amount              $    46.64

FPC ALLENWOOD

     PARTIAL FILING FEE 01-CV-1192 JEROME
SMITH
```

**FILED
SCRANTON**

OCT 8 2001

PER _Amo_
**DEPUTY CLERK**

```
cn

Thu Oct 18 11:54:31 2001

Check No. 2221 59947217
Amount$   46.64
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```