# ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEROME SMITH,                          :

    Plaintiff              :  CIVIL No. 1:CV-01-1192

    v.                      :  (Magistrate Judge Smyser)

Troy Levi, Leon Biglete, (PA)  :
Bell, Terri Ramos, John Chung     BIVENS ACTION COMPLAINT
                            :
    Defendants.        oOo

FILED
HARRISBURG, PA
DEC 0 5 2001
MARY E. D'ANDREA CL
Per_____ Deputy Clerk

**MOTION TO AMEND AND SUPPLEMENT PLEADINGS
PURSUANT TO FED. R. CIV. P. RULE 15(c)**

**NOW COMES** The Plaintiff, Jerome Smith, pro se, respectfully moves this Honorable Court to grant him permission to "Amend and Supplement" his Bivens Complaint pursuant to 28 U.S.C. § 1331 (Caption) made under Civil Complaint # 1:CV-01-1192, which is presently pending before this Court.

Plaintiff states for the record that he has captioned "Federal Bureau of Prisons" in his bivens complaint as a defendant in error. He asserts that it was never intended to have the ("BOP") as a defendant in said complaint. Thus, he request to strike from the caption ("BOP"), and only naming the five individuals named in the complaint whom are employed by the Federal Bureau of Prisons - Department of Justice whom are: **Troy Levi, Leon Biglete, (PA) Bell, Terri Ramos, John Chung.**

-1-

## CONCLUSION

Plaintiff asserts that it was never intended for the caption to name the ("BOP") as an defendant in this Complaint. Thus, Plaintiff seeks to have the error corrected for the record.

**WHEREFORE,** Plaintiff prays that this Honorable Court grant this motion for the reasons stated herein.

Respectfully submitted,

*Jerome Smith*
Jerome Smith #19145-018
Allenwood Federal Prison Camp
Dorm C
P.O. Box 1000
Montgomery, Pa 17752

Dated: Dec 1, 2001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

JEROME SMITH,                          :

    Plaintiff                      :       CIVIL No. 1:CV-01-1192

v.                                     :       (Magistrate Judge Smyser)

Troy Levi, Leon Biglete, (PA)          :       BIVENS ACTION COMPLAINT
Bell, Terri Ramos, John Chung
                                       :
    Defendants.                    oOo

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is an inmate at Allenwood Federal Prison Camp - P.O. Box 1000 - Montgomery, Pennsylvania 17752.

That this 30th day of November, 2001, he served a copy of the attached

**MOTION TO AMEND AND SUPPLEMENT PLEADINGS
BIVENS ACTION COMPLAINT PURSUANT TO
FED. R. CIV. P. RULE 15(c)**

by placing said copy in a postpaid envelope adressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail Box, at Allenwood Federal Prison Camp - Montgomery, Pennsylvania.

**ADDRESSEE:**

Mark E. Morrison Esq.
Assistant U.S. Attorney
228 Walnut Street, 2nd Floor
P.O. Box 11754
Harrisburg, Pa 17108-1754

*Jerome Smith*
Jerome Smith #19145-018

-3-