seal

(23)
1/7/02
vfg

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEROME SMITH,                           :     CIVIL NO. **1:01-CV-1192**
                                        :
          Plaintiff                     :     (Judge Rambo)
                                        :
     v.                                 :     (Magistrate Judge Smyser)
                                        :
FEDERAL BUREAU OF PRISONS,              :
TROY LEVI, DR. BIGLETE,                 :
P.A. BELL, TERRI RAMOS and              :
JOHN CHUNG,                             :
                                        :                **FILED**
                                        :              **HARRISBURG, PA**
          Defendants                    :

                                                        JAN 0 4 2002

          **CASE MANAGEMENT ORDER**                  MARY E. D'ANDREA, CLERK
                                                     PER _____ DEPUTY CLERK

     The plaintiff, a prisoner proceeding *pro se*, commenced this action by filing a complaint on June 29, 2001. On August 17, 2001, the defendants filed a motion to dismiss. The following case management deadlines govern this case.

     1. **Discovery Deadline**. All discovery shall be planned and commenced so as to be completed by **July 6, 2002**.

     2. **Discovery Limitations**. In the absence of mutual consent to exceed these limits or a court order, the maximum number of interrogatories per side shall be twenty five (25); the maximum number of document production requests per side

AO 72A
(Rev.8/82)

shall be twenty five (25); and the maximum number of requests for admissions per side shall be twenty-five (25).

3. **Discovery-Related Motions**. Any discovery-related motion shall be filed on or before **July 12, 2002**. Because the plaintiff is proceeding *pro se* and is in custody, compliance with Local Rule 26.3, Rules of Court, M.D. Pa., is not required in this case.

4. **Dispositive Motions**. Any dispositive motion shall be filed, as well as the supporting brief, on or before **September 5, 2002**.

5. **Consent**. On or before **May 6, 2002**, counsel for the defendants shall file either a consent form, signed by all counsel and the plaintiff, consenting to proceed under 28 U.S.C. § 636(c) before a magistrate judge, or a statement that there is not mutual consent to have a magistrate judge serve as the judge of the case.

The court will, in the absence of good cause, adhere to the schedule hereby established. Extensions of the discovery period and of the deadline for filing dispositive motions will

2

AO 72A
(Rev 8/82)

be granted only when good cause is shown and a motion is timely made.

                                                        /s/ J. Andrew Smyser
                                                        J. Andrew Smyser
                                                        Magistrate Judge

Dated:     January 4, 2002.

3

AO 72A
(Rev 8/82)

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                           January 4, 2002


Re:  1:01-cv-01192    Smith v. Federal BOP


True and correct copies of the attached were mailed by the clerk
to the following:

     Jerome Smith
     FPC-ALLEN
     Federal Prison Camp at Allenwood
     19145-018
     P.O. Box 1000
     Montgomery, PA  17752

     Mark E. Morrison, Esq.
     Office of the United States Attorney
     P.O. Box 11754
     Harrisburg, PA  17108-1754



cc:
Judge                          ( )/         ( ) Pro Se Law Clerk
Magistrate Judge               (/)          ( ) INS
U.S. Marshal                   ( )          ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )/
Ctroom Deputy                  (/)
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )   PA Atty Gen ( )
                                         DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
                                              MARY E. D'ANDREA, Clerk
```

DATE: __1-4-02__                                          BY: _(signature)_
                                                              Deputy Clerk