2 Ct
propo.

ORIGINAL

(24)
1/17/0

MCC:MEM:all/2001V00743

FILED
HARRISBURG

JAN 1 6 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JEROME SMITH,
      Plaintiff

v.

FEDERAL BUREAU OF PRISONS, et al.
      Defendants

Civil No.  1:CV-01-1192
(Judge Rambo)
(Magistrate Judge Smyser)

### DEFENDANTS' MOTION TO DISMISS

Defendants ask the Court to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b) for failure to exhaust administrative remedies. A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

MARK E. MORRISON
Assistant U.S. Attorney

ANITA L. LIGHTNER
Paralegal Specialist
228 Walnut Street, 2nd Floor
P.O. Box 11754
Harrisburg, PA 17108-1754
(717) 221-4482

Dated:   January 16, 2002

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JEROME SMITH,                            :
       Plaintiff                  :
                                         :
    v.                                  :   Civil No. 1:CV-01-1192
                                         :   (Judge Rambo)
FEDERAL BUREAU OF PRISONS, et al.        :   (Magistrate Judge Smyser)
       Defendants                 :

### CERTIFICATE OF SERVICE BY MAIL

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

    That on January 16, 2002, she served a copy of the attached

**DEFENDANTS' MOTION TO DISMISS**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Jerome Smith
Reg. No. 19145-018
FPC Allenwood
P.O. Box 1000
Montgomery, PA 17752

_____
ANITA L. LIGHTNER
Paralegal Specialist