UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JEROME SMITH, :
    Plaintiff : CIVIL No. 1:01-CV-1192
v. : (Judge Rambo)
FEDERAL BUREAU OF PRISONS, et : (Magistrate Judge Smyser)
    Defendants :

..oOo..

PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

The Plaintiff, Jerome Smith, a prisoner proceeding pro se, hereby gives Notice of Change of Address, in the above entitled case now pending before this Honorable Court. Plaintiff's new address is requested to be made part of the record which is as follows:

    To: Jerome Smith
        626 Mckean Street
        Philadelphia, Pa 19148

                      Respectfully submitted,

                      *Jerome Smith*
                      Jerome Smith #19145-018
                      Allenwood Federal Prison Camp
                      Dorm C
                      P.O. Box 1000
                      Montgomery, Pa 17752

Dated: February 4, 2002

```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF PENNSYLVANIA
```

JEROME SMITH,                         :

    Plaintiff                 :   CIVIL CASE No. 1:01-CV-1192

v.                                    :
                                          (Judge Rambo)
FEDERAL BUREAU OF PRISONS, et al :
                                          (Magistrate Judge Smyser)
    Defendants                :
                                      ..oOo..

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is an inmate at Allenwood Federal Prison Camp - P.O. Box 1000 - Montgomery, Pennsylvania 17752.

That on February 2, 2002, he served a copy of the attached

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**

by placing said copy in a prepaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Montgomery, Pennsylvania.

ADDRESSEE:

MARK E. MORRISON ESQ.
ASSISTANT U.S. ATTORNEY
228 WALNUT STREET
P.O. BOX 11754
HARRISBURG, PA 17108-1754

*Jerome Smith*
Jerome Smith, Plaintiff