IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME SMITH,<br><br>　　　Plaintiff<br><br>v.<br><br>TROY LEVI; DR. BIGLETE;<br>P.A. BELL; TERRI RAMOS;<br>and JOHN CHUNG,<br><br>　　　Defendants | CIVIL NO. 1:CV-01-1192<br><br>(Judge Rambo)<br>(Magistrate Judge Smyser) |



### O R D E R

Before the court is the May 15, 2002, report and recommendation of the magistrate judge to which no objections have been filed.[1] Upon consideration of the record before the court, **IT IS HEREBY ORDERED THAT**:

　　1) The court adopts the report and recommendation of Magistrate Judge Smyser.

　　2) Defendants' motion to dismiss is GRANTED for failure of Plaintiff to exhaust administrative remedies.

　　3) The Clerk of Court shall close the file.

　　4) It is certified that any appeal from this order will be deemed frivolous and not taken in good faith.

　　　　　　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: June 18, 2002.

---

[1] Objections were due no later than June 3, 2002.